## CRONIN v. ZIMMERMAN.

[No. 6,694.    Filed January 5, 1910.]

From Porter Circuit Court; *Willis C. McMahan*, Judge.

Action by Bessie Cronin against Arthur F. Zimmerman. From a judgment for defendant, plaintiff appeals. *Reversed.*

*Bessie Cronin, pro se.*
*Johnston & Bartholomew,* for appellee.

HADLEY, J.—Appellant sued appellee for libel. Appellee demurred to appellant's complaint for want of facts, which demurrer was sustained. Appellant refusing to plead further, judgment was rendered against her.

The complaint in all substantial particulars is the same as the complaint in *Cronin* v. *Zimmerman* (1909), 44 Ind. App. 118, and upon the authority and reasoning of that case this cause is reversed, with instructions to overrule demurrer to the complaint.

## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY v. PECK.

[No. 6,331.    Filed January 7, 1910.]

From Cass Circuit Court; *Joseph M. Rabb*, Special Judge.

Action by Charles 'M. Peck against the Pittsburgh, Cincinnati, Chicago and St. Louis Railway Company. From a judgment on a verdict for $4,000, defendant appeals. (Transferred from Appellate Court, 43 Ind. App. 316. Transferred back to the Appellate Court, 172 Ind. 19. Retransferred to the Supreme Court, 44 Ind. App. 62. Retransferred to the Appellate Court, 172 Ind. 562.) *Retransferred to the Supreme Court.* (The appellee having died, his administrator and the appellant, compromised the case; and the judgment was reversed by the Supreme Court on a confession of error in accordance with such agreement.—Reporter.)

*G. E. Ross,* for appellant.
*Kistler & Kistler,* for appellee.

PER CURIAM.—This cause being submitted to the entire court and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under section fifteen of the act approved March 12, 1901 (Acts 1901, p. 565, §1399 Burns 1908).